IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES ADAMS,<br><br>    Defendant.<br>_____/ | No. C 08-80189 MISC WHA<br><br>**ORDER SETTING HEARING** |

On September 25, 2008, the Securities and Exchange Commission filed an application for an order compelling compliance with administrative subpoenas. The application is set for hearing on **October 15, 2008, AT 10:00 AM.** The defendant is ordered to appear at the hearing. A response, if any, shall be filed by **October 9, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: September 30, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\08-80189.wpd