```
1  MARC J. FAGEL (Cal. Bar No. 154425)
   fagelm@sec.gov
2  MICHAEL S. DICKE (Cal. Bar No. 158187)
   dickem@sec.gov
3  SUSAN F. LAMARCA (Cal. Bar No. 215231)
   lamarcas@sec.gov
4  ROBERT S. LEACH (Cal. Bar No. 196191)
   leachr@sec.gov
5  SUSAN FLEISCHMANN (Cal. Bar No. 207194)
   fleischmanns@sec.gov
6
7  Attorneys for Applicant
   SECURITIES AND EXCHANGE COMMISSION
8  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
9  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Applicant,<br><br>vs.<br><br>CHARLES ADAMS,<br><br>    Respondent. | No. CV 08 80189 MISC WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO POSTPONE THE DATE FOR HEARING PLAINTIFF'S APPLICATION TO COMPEL COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS** |

Plaintiff Securities and Exchange Commission and Respondent Charles Adams (the "Parties"), by and through their respective counsel, respectfully submit this stipulation for the Court's approval:

WHEREAS, the Court has ordered a hearing on October 15, 2008 on the Securities and Exchange Commission's Application for an Order Compelling Compliance with Administrative Subpoenas.

Stipulation and [Proposed] Order to Change Date for   1
Hearing Pl. App. to Compel Compliance with
Administrative Subpoenas

1  WHEREAS, Respondent, through counsel, has agreed to appear for testimony on October 21, 2008, and either produce the documents called for by the administrative subpoenas issued by the Commission in his possession, custody or control or invoke his Fifth Amendment right against self-incrimination.

WHEREAS, a brief continuance of the hearing on the Commission's applications may allow the Parties to resolve this matter.

THEREFORE, the Parties stipulate and agree, and respectfully request the Court, to continue the hearing on the Commission's application to October 30, 2008 at ~~8:00 a.m.~~ 2:00 p.m.

IT IS SO STIPULATED:

Dated: 10/14/2008

/s/ _____
Susan Fleischmann, Esq.
SECURITIES AND EXCHANGE COMMISSION

Dated: 10/14/2008

/s/ _____
Allan M. Lerner, Esq.
LAW OFFICES OF ALLAN M. LERNER, P.A.

IT IS SO ORDERED:

Dated: October 14, 2008

_____
William H. Alsup
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

Stipulation and [Proposed] Order to Change Date for Hearing Pl. App. to Compel Compliance with Administrative Subpoenas     2