```
MARC J. FAGEL (Cal. Bar No. 154425)
fagelm@sec.gov
MICHAEL S. DICKE (Cal. Bar No. 158187)
dickem@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
  leachr@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
  fleischmanns@sec.gov

Attorneys for Applicant
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>CHARLES ADAMS,<br><br>Respondent. | No. CV 08 80189 MISC WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE THE DATE FOR HEARING PLAINTIFF'S APPLICATION TO COMPEL COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS** |

Plaintiff Securities and Exchange Commission and Respondent Charles Adams (the "Parties"), by and through their respective counsel, respectfully submit this stipulation for the Court's approval:

WHEREAS, the Court has ordered a hearing on October 30, 2008 on the Securities and Exchange Commission's Application for an Order Compelling Compliance with Administrative Subpoenas.

Stipulation and [Proposed] Order to Vacate Hearing Date     1
on Pl. App. to Compel Compliance with Administrative
Subpoenas

WHEREAS, Respondent, through counsel, appeared for sworn testimony on October 21, 2008, during which he invoked his Fifth Amendment right against self-incrimination.

THEREFORE, the Parties stipulate and agree, and respectfully request the Court, to vacate the October 30, 2008 hearing on the Commission's application.

IT IS SO STIPULATED:

Dated: 10/28/2008         /s/ Susan Fleischmann
                          Susan Fleischmann, Esq.
                          SECURITIES AND EXCHANGE COMMISSION

Dated: 10/28/2008         /s/ Allan M. Lerner
                          Allan M. Lerner, Esq.
                          LAW OFFICES OF ALLAN M. LERNER, P.A.

IT IS SO ORDERED:

Dated: October 29, 2008
                          _____
                          William H. Alsup
                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

Stipulation and [Proposed] Order to Vacate Hearing Date    2
on Pl. App. to Compel Compliance with Administrative
Subpoenas